FILED

2013 Nov-12  AM 09:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| NATHANIEL GAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case Number: 2:13-cv-01553-JHE |
| DYNAMIC RECOVERY SOLUTIONS, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DISMISSING CASE

A notice of dismissal, signed by all parties who have appeared, having been filed in this action, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED with prejudice**, each party to bear its own costs.

**DONE** and **ORDERED** this 12th day of November 2013.

_____
JOHN H. ENGLAND, III
UNITED STATES MAGISTRATE JUDGE